# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| v. | : 1:11-CV-0835-RWS |
| | : |
| LOUIS ALVAREZ and LYNDA G. ALVAREZ, or occupant, | : |
| | : |
| | : |
| Defendants. | : |

## ORDER

This case is before the Court for consideration of the Final Report and Recommendation [2] of Magistrate Judge Linda T. Walker. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, it is hereby **ORDERED** that the Clerk **REMAND** this case to the Magistrate Court of Cobb County.

**SO ORDERED**, this  2nd  day of June, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)