# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

**DOCKETING SECTION**
404-215-1655

June 2, 2011

Anne Urick Gordon, Clerk of Court
Magistrate Court of Cobb County
32 Waddell Street
Marietta, Georgia 30090

    Re:    *The Bank of New York Mellon v. Louis Alvarez et al.*
             Your Case Number: 11E03275
             Our Case Number: 1:11-cv-835-RWS

Dear Clerk of Court:

    Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court. Please acknowledge receipt of this Order by returning the enclosed copy of this letter to this office.

                        Sincerely,

                        James N. Hatten
                        District Court Executive
                          and Clerk of Court

                  By:  s/Cynthia Mercado
                         Deputy Clerk

Enclosure