ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 07 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | FEDERAL COURT CASE: 1:11-CV-0835-RWS |
| Defendant | |
| Vs. | MAGISTRATE COURT CASE:11-E-03275 |
| LOUIS ALVAREZ and LYNDA G. ALVAREZ, or occupant | |
| Plaintiff | |

EMERGENCY MOTION FOR ENTRY TO RECONSIDER ORDER TO REMAND
CASE BACK TO STATE COURT, MOTION TO VACATE
REMAND ORDER WITH SUPPLEMENTAL OF JURISDICTION
And stay of all related state court claims pursuant to 28 U.S.C.A. 1332

COME NOW LOUIS ALVAREZ and LYNDA G. ALVAREZ, pro se Petitioner as above stated and petitions this court for Petitioner in the above styled action with the following for Motion to Reconsider Order to remand case back to COBB COUNTY court. The undersigned moves for relief and requests that the court vacate the order to remand the case back to magistrate court on the following grounds;

JUDICIAL NOTICE

All officers of the court who may come in contact with the matter of LOUIS ALVAREZ and LYNDA G. ALVAREZ are noticed under the authority of the supremacy and equal protection clause of the United States Constitution and the common law authorities of Haines vs. Kerner at 404 U.S.519-421, Plastsky v. C.I.A. 953 F.2d.25, and Anastasoff v.

United States, 223 F. 3d. 898 (8th Cir.2000). In Haines: pro se litigants are held to a less stringent pleading standards than a bar licensed attorneys. In re Platsky: court errs if court dismisses the pro se litigant without instruction of how pleadings are deficient and how to repair pleadings

## JURISDICTION

This District Court of the United States has original, concurrent, and supplementary jurisdiction over this cause of action, pursuant to the authorities cited above, including, but not limited to the following, to-wit: 28USC 1332, USC 1331 (a), 28 USC 1443, Federal rule 1002, and/or 60(b). The District Court of the United States is an Article III court has authority to hear questions arising under the Constitution, Laws, including but not limited to the Bill of Rights, the fourteenth Amendment, the International Covenant.

1. This motion seeks relief from the judgment of foreclosure and eviction on the ground that the lenders failure to produce the original of the promissory note, and/or proper account is newly discovered evidence justifying reconsideration.

2. Trail court is in error when it does not proceed to take testimony before it enters a default judgment in a foreclosure for the plaintiff; the unsworn statement of plaintiff's attorney cannot support default judgment rendered.

3. Homestead rights and federal Rule Civil Procedure 60(b)

4. Georgia decisional law provides that one who is not a party to a contract whereby title to a property is retained in the seller as security for the balance of the purchase money, who is not named as payee, the notes for the payments, and who has no written assignment of the notes or the contract, cannot foreclose the contract in her own name as holder and owner thereof.

5. Further, there is a cloud on the title to the Property which THE BANK OF NEW YORK MELLON, has failed to extinguish as it has chosen to institute a non-judicial foreclosure. The cloud arises out of the filing of an action styled "DEED UNDER POWER" filed by Plaintiff, which case has been filed in the Cobb County Court. The subject action seeks to for eviction on the same Property which is the subject of the mortgage originally issued by non-party Encore herein.

## FRAUD

Trail court is in error when it does not proceed to take testimony before it enters a default judgment for the plaintiff; the unsworn statement of plaintiff's attorney cannot support default judgment rendered, fraud on the courts. " Fraud upon the court" makes void the orders and judgments of that court. It is also clear and well-settled law that any attempt to commit "Fraud upon thecourt" vitiates the entire proceeding. (see in re village of Willowbrook, 37 Ill. App.475 (1894), affirimed 162 Ill. 589 (1896);Skelly Oil Co. v. Universal Oil Products Co., 338 Ill. App.79, 86 N.E. 2d 875, 883-4 (1949). Under the Federal Law, when any officer of the court has committed "Fraud upon th court", the orders and judgment of that court are void, of no legal force or effect.

Fraud on the Court by an Officer of the Court as Basis to Set Aside Judgment and the Illegal Foreclosure all attorneys are considered as officers of the court. Whenever any officer of the court commits fraud during a proceeding in the court, he/she is engaged in "fraud upon the court". In Bulloch v. United States, 763 F. 2d 1115,1121 (10th Cir.1985), the court stated "(Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury…..It is where a member is corrupted or influenced or influenceis attempted)".

## HOMESTEAD RIGHT

Homestead rights and federal rule civil procedure 60(b).
Debtor does not in anyway waive his homestead rights (State, ex reel., O'Brien v. Superior Court, 173 Wash. 679, 24 P 2d 117 (1933); State, ex reel., White v. Douglas, 6 Wn.2d 356, 107 P.2d 593 (1940). Thus, the illegal foreclosure be vacated under rules allowing vacating judgments, e.g. F.R.Civ. P 60(b).

## HOLDER IN DUE COURSE

Defendant or their attorney have not come forth with the original proof (complete proper accounting and alleged original note, and title pages, leaving the petioner no doubt of possibility that such document have been alteredto continue the countless fraud that has taken place against home owners pertaining to allege contract/note.) Federeal Law (FDCPA), Uniform Commercial Code (UCC) and Federal Rule of Evidence 1002 would solve the issue at hand, allowing Plaintiff the right to view the original documents front and

back according to Fair Debt Collection Practices Act, an act violating Fair Debt Collections Practice: Act 15 USC 1692 and rule 60(b), Plaintiff Louis Alvarez elegantly owe's defendant The Bank Of New York Mellon ,for The Bank Of New York Mellon, is an act of bad faith and or FRAUD. ("The Court has broadly defined fraud as any conduct calculated to deceive ,whether it be by direct falsehood or by innuendo, by speech or silence , by word of mouth, by look, or by gesture. Fraud includes the suppression of the truth,as well as the presentation of false information. ( In re Witt (1991) 145 Ill. 2d 380, 583 N.E.2d 526, 531, 164 Ill . Dec. 610). "See also In re Frederick Edward Strufe, Disciplinary case no. 93 SH 100 where the Court stated that " Fraud has been broadly defined as anything calculated to deceive." It is clear and well – established Georgia Law that any attempt by any officer of the court, whether attorney or judge , to deceive is considered fraud, and when the attempt to deceive occurs in a judicial proceeding, it is "Fraud upon the court".)

Claims For Relief

FIRST CLAIM FOR RELIEF

Plaintiffs reincorporate paragraphs 1 through 5 hereinabove as if set forth more fully herein below.

2. As set forth above. Defendant The Bank Of New York Mellon, has never Proven entitlement to the plaintiff property. This is a clear pattern of intentional Fraudulent conduct, the fraudulent manufacturing of defaults, and the intentional Demand for monies to which it was not legally entitled.

3. Plaintiffs have a likelihood of success on the merits of their claims against Defendant The Bank Of New York Mellon, that the foreclosure Instituted thereby was fraudulent and subject to being vacated.

4. Plaintiffs have a likelihood of success on the merits of their claims against Defendant The Bank Of New York Mellon, that the foreclosure Instituted thereby was fraudulent and subject to Reversing Remand and being Vacated.

5. As the Plaintiff's have lost their home through the fraudulent acts and practices Of defendant The Bank Of New York Mellon, which have permitted Defendant The Bank Of New York Mellon ,to commence eviction and

Other proceedings, plaintiffs have a clear legal right to seek relief.

WHEREFORE, Plantiffs pray as follows:

As to their First Claim for Relief, the entry of an Order or Judgment vacating and setting aside the final judgment of previously entered in favor of defendant.

As to their Second Claim For Relief, the entry of an Order to bring forth all original document according to federal rule of procedure 1002, to show allege entitlement.

As to their Third Claim For Relief, that the honorable court grant all relief this court deems just and proper.

JURY TRAIL DEMANDED PURSUANT RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

/s/ Louis Alvarez
Louis Alvarez
Pro Se

Louis Alvarez
3926 Golflinks Drive NW
Acworth, Ga. 30101

VERIFICATION
(AFFIDAVIT)

The undersigned Affiant Louis Alvarez does here swear declare and affirm that the Affiant executes this Affiant with sincere intent and competenly states the matters set forth. I the undersigned being under oath and declare under penalty of perjury that I do not have an attorney to represent me in this case. Also that the contents are true,correct, and no misleading to the best of her knowledge.

Louis Alvarez
Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

## CERTIFICATION

I Louis and Lynda Alvarez, and all others , certify that I furnish a copy of this appeal via U.S. Postal Services with sufficient postage to the following:

MARK THOMAS
SHAPIRO & SWERTFEGER
2872 WOODCOCK BOULEVARD
SUITE 100
ATLANTA, GA. 30341

This the 7th day of June, 2011

_____
Louis Alvarez
Pro se

Louis Alvarez
3926 Golflinks Drive NW
Acworth, Ga. 30101